ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Petition of - | ) |
| | ) |
| Talu, LLC | ) ASBCA No. 63661-PET |
| | ) |
| Under Contract No. W9127S-18-C-6005 | ) |

APPEARANCE FOR THE PETITIONER:    Adam A. Bartolanzo, Esq.
　　　Miles & Stockbridge P.C.
　　　Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
　　　Engineer Chief Trial Attorney
　　　Glenn Mathis, Esq.
　　　Jennifer Jones Dalton, Esq.
　　　Engineer Trial Attorneys
　　　U.S. Army Engineer District, Little Rock

DISMISSAL ORDER

The contractor filed, under Rule 1(a)(5), a request for an order directing the contracting officer to render a decision on its March 1, 2023 claim. The contracting officer issued a decision on August 1, 2023.

Accordingly, the Board dismisses this petition as moot.

Dated: August 10, 2023

JOHN J. THRASHER
　Administrative Judge
　Chairman
　Armed Services Board
　of Contract Appeals

(Signatures continued)

I concur                                                  I concur

_____                    _____
RICHARD SHACKLEFORD                         OWEN C. WILSON
Administrative Judge                        Administrative Judge
Vice Chairman                               Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 63661-PET, Petition of Talu, LLC, rendered in conformance with the Board's Charter.

Dated: August 10, 2023


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2